UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEDVIENO D'BARGE MAYES,

          Plaintiff,

    v.

MULE CREEK STATE PRISON WARDEN, et al.,

          Defendants.

No.  2:24-cv-00694-WBS-SCR

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 1, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 25

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported both by the previously assigned magistrate judge's screening order (ECF No. 13) and by the currently assigned magistrate judge's

1

findings and recommendations (ECF 20).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full; and

2. All claims against defendants Mona, Robinson, and Brazil are dismissed without further leave to amend for failure to state a claim against them.

Dated:  January 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

maye0694.804